IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO.: 3-11-CR-247-M |
| § | |
| DANIEL K. LEONG (1) § | |
| CAL GRAVES (2) § | |

### DEFENDANT DANIEL K. LEONG'S DESIGNATION OF EXPERT WITNESSES

Comes Defendant, DANIEL K. LEONG, through undersigned counsel, filing his designation of expert witnesses in the above stuled an numbered case.

1. Norman M. Kopman, DO
   2909 S. Hampton, Suite C102
   Dallas, Texas 75224
   214.331.8321

   Dr. Kopman is a Pulmonologist with 40 years experience. He graduated fro Philadepphia College of Osteopathic Medicine in 1968 and is Board Certified in Internal Medicine, specializing in Pulmonology.

   He will testify regarding the medical necessity of various components of the diagnosis and treatment of patients treated by Dr. Leong during the periods relevant to the allegations of this case, including, but not limited to, those referenced in Counts 1-4 of the Superceding Indictment in this case.

2. Pierre Herding, MD
   2929 N. Galloway, Suite 116
   Mesquite, Texas 75150
   972.270.9008

   Dr. Herding graduated from New York Medical College, Valhalla, New York in 1964 and is Board Certified in Neurology.

   He will testify regarding the medical necessity of various components of the diagnosis and treatment of patients treated by Dr. Leong during the periods relevant to the allegations of this case, including, but not limited to, those referenced in Counts 1-4 of the Superceding Indictment in this case.

3.  Neil J. Atlin, DO
    17480 Dallas Parkway
    Dallas, Texas 75287
    972.488.8926

    Dr. Atlin graduated from Philadelphia College of Osteopathic Medicine in 1986 and is Board Certified in Anesthesiology and Pain Midicine, specializing in Pain Management.

    He will testify regarding the medical necessity of various components of the diagnosis and treatment of patients treated by Dr. Leong during the periods relevant to the allegations of this case, including, but not limited to, those referenced in Counts 1-4 of the Superceding Indictment in this case.

4.  Angela Miller, CHC
    Medical Auditing Solutions, LLC
    www.medicalauditinsolutions.com
    972.459.1508
    Ms. Miller has more than 18 years experience with 5 years as a Corporate Compliance Officer for largest private DME or medical equipment provider; has conducted Compliance and Due Diligence on-site audits throughout the United States as well as Corporate Integrity Agreements and responses to OIG.

    Ms. Miller will testify about the components and details of Medicare/Medicaid billing procedures, including, but not limited to, billing modifiers and billing "incident to" regarding services rendered by a Physician's Assistant.

5.  Michael Baron, Ph. D.
    Professor of Statistics
    University of Texas at Dallas
    800 W. Campbell Road
    Richardson, Texas 75080
    972.883.6874

    Dr. Baron received a University Diploma in Mathematics from St. Petersburg State University, Russia in 1992, and a Ph. D. in Statistics from the University of Maryland in 1995.

    Dr. Baron will testify regarding the statistical significance of the number of Dr. Leong's patient files that have been identified in the indictment as allegedly containing elements of Medicare/Medicaid fraud and also regarding the correlation between the ordering of diagnostic tests by Cal Graves and the compensation received by Graves.

Respectfully submitted,

____/s/ Robert Rosen_____
Robert Louis Rosen, State Bar #17264500
Royal Central Tower
11300 N. Central Expressway, Suite 103
Dallas, Texas 75243-6705
972.503.1436
214.369.1437 FAX

Attorney for Defendant, DANIEL K. LEONG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of June, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Robert Rosen_____
Robert Rosen